UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARCUS RESPRESS,
JOSHUA HARRIS,
DAVEON REED,
TREMONTY CRAWFORD,
QUAZEAK ROBINSON, and
DAMONE BELL,

Defendants.

**INDICTMENT**

26 Cr.

26 CRIM 0262

**COUNT ONE**
**(Conspiracy to Traffic in Firearms)**

The Grand Jury charges:

1. In or around May 2026, in the Southern District of New York and elsewhere, MARCUS RESPRESS, JOSHUA HARRIS, DAVEON REED, TREMONTY CRAWFORD, QUAZEAK ROBINSON, and DAMONE BELL, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Section 933.

2. It was a part and an object of the conspiracy that MARCUS RESPRESS, JOSHUA HARRIS, DAVEON REED, TREMONTY CRAWFORD, QUAZEAK ROBINSON, and DAMONE BELL, the defendants, and others known and unknown, would and did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), to wit,

RESPRESS, HARRIS, REED, CRAWFORD, ROBINSON and BELL conspired to distribute approximately at least fourteen firearms to a confidential law enforcement source in the Bronx, New York.

(Title 18, United States Code, Section 933(a)(3).)

**COUNT TWO**
**(Trafficking in Firearms)**

The Grand Jury further charges:

3. Between at least in or around October 2025 through at least in or around May 2026, in the Southern District of New York and elsewhere, MARCUS RESPRESS, the defendant, shipped, transported, transferred, caused to be transported, and otherwise disposed of a firearm to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), and aided and abetted the same, to wit, RESPRESS transferred approximately at least four firearms to a confidential law enforcement source in New York, New York.

(Title 18, United States Code, Sections 933(a)(1) and 2.)

**COUNT THREE**
**(Possession of Firearms and Ammunition After a Felony Conviction)**

The Grand Jury further charges:

4. Between at least in or around October 2025 through at least in or around May 2026, in the Southern District of New York and elsewhere, MARCUS RESPRESS, TREMONTY CRAWFORD, and QUAZEAK ROBINSON, the defendants, each knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, and the firearms and ammunition were in and

affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT FOUR
## (Conspiracy to Transfer Firearms Interstate)

The Grand Jury further charges:

5. From at least on or about May 20, 2026 through at least on or about May 21, 2026, in the Southern District of New York and elsewhere, TREMONTY CRAWFORD, QUAZEAK ROBINSON, DAVEON REED, and DAMONE BELL, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, namely, the interstate transfer of firearms, in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

6. It was a part and object of the conspiracy that TREMONTY CRAWFORD, QUAZEAK ROBINSON, DAVEON REED, and DAMONE BELL, the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, or licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, would and did knowingly and willfully transfer, trade, give, transport and deliver firearms to persons other than licensed importers, licensed manufacturers, licensed dealers and licensed collectors, knowing and having reasonable cause to believe that such persons did not reside in the same state in which the defendants reside, in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about May 21, 2026, TREMONTY CRAWFORD, QUAZEAK ROBINSON, DAVEON REED, and DAMONE BELL, the defendants, drove a car containing the following fourteen firearms—(1) one 9mm Hi-Point pistol, (2) one 9mm Polymer80 pistol, (3) one

9mm Stoeger pistol, (4) four 9mm Taurus pistols, (5) one .45 caliber Taurus pistol, (6) two .40 caliber Taurus pistols, (7) two Smith & Wesson pistols, (8) one 9mm Glock pistol, (9) one 22 luger Glock pistol—to a location in the Bronx, New York to effectuate a sale there.

(Title 18, United States Code, Section 371.)

**COUNT FIVE**
**(Conspiracy to Distribute Narcotics)**

The Grand Jury further charges:

8. From at least in or around October 2025 through at least in or around May 2026, in the Southern District of New York and elsewhere, MARCUS RESPRESS, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

9. It was a part and an object of the conspiracy that MARCUS RESPRESS, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

10. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

**COUNT SIX**
**(Firearm Use, Carrying, and Possession)**

The Grand Jury further charges:

11. Between at least in or around October 2025 through at least in or around May 2026, in the Southern District of New York and elsewhere, MARCUS RESPRESS, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Five of this Indictment, knowingly

used and carried a firearm, and in furtherance of such crime, possessed a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

**FORFEITURE ALLEGATION**

12. As a result of committing the offense alleged in Counts One, Two, Three, Four and Six of this Indictment, MARCUS RESPRESS, JOSHUA HARRIS, DAVEON REED, TREMONTY CRAWFORD, QUAZEAK ROBINSON, and DAMONE BELL, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in or intended to be used in said offense, including but not limited to:

a. 9mm Hi-Point pistol, bearing serial number P1810800

b. 9mm Polymer80 pistol, bearing serial number CDXL548

c. 9mm Stoeger pistol, bearing serial number T642919R00815

d. 9mm Taurus pistol, bearing serial number AGH372070

e. 9mm Taurus pistol, bearing serial number TDM35320

f. 9mm Taurus pistol, bearing serial number TNN45886

g. 9mm Taurus pistol, bearing serial number ADK758007

h. .45 caliber Taurus pistol, bearing serial number NAP67881

i. .40 caliber Taurus pistol, bearing serial number AED299302

j. .40 caliber Taurus pistol, bearing serial number AGK525298

k. .380 auto Smith & Wesson pistol, bearing serial number NMV1301

l. 9mm Smith & Wesson pistol, bearing serial number HNJ1540

m. 9mm Glock pistol, bearing serial number CDDD835

n. .22 luger Glock pistol, bearing serial number AKNF504

o. 9mm Springfield Armory pistol, bearing serial number BA343782

p. IWI Uzi Machine pistol, bearing serial number W1023977

q. .22 caliber ROHM RG-14 revolver, bearing serial number 378106

r. .380 caliber Taurus pistol with a defaced serial number

s. Thirty-Six .45 caliber Sig Sauer cartridges

t. Ten .40 caliber Hornaday cartridges

u. Ten .40 caliber cartridges of unknown make and model

v. Eight .380 caliber cartridges of unknown make and model

w. Eight 9mm MXT and Luger cartridges

x. Seven .380 caliber Monarch cartridges

y. Fifty .22 caliber CCCI V-Max cartridges

z. Fifty .22 caliber CCI Stinger Hollow Point cartridges

aa. Twenty-Seven .22 caliber cartridges of unknown make and model

bb. Eighteen 9mm Luger Now cartridges

cc. Seventeen 9mm Fiochhi Luger cartridges

dd. Six .45 caliber Sig Sauer cartridges

ee. Twenty-Eight 9mm cartridges of varied make and model

ff. Ten .40 caliber Winchester cartridges

13. As a result of committing the offense alleged in Count Five of this Indictment, MARCUS RESPRESS, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense,

including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

14. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON
6/17/26

Jay Clayton
JAY CLAYTON
United States Attorney